AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

| | |
|---|---|
| BOBBY JOE YOUNG, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SHIRLEY ANN YOUNG, DECEASED, KENNETH W. YOUNG, BOBBY J. YOUNG, JR., AND COREY A. YOUNG<br><br>*Plaintiff(s)*<br><br>v.<br><br>MERCK & CO., INC.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. *4:25 cv 00999 LPR*<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Merck & Co., Inc.
One Merck Drive
Whitehouse Station, New Jersey 08889
Registered Agent: CT Corporation System
124 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Christopher D. Skelton<br>SKELTON LAW FIRM<br>4416 SW 128th Ct.<br>Oklahoma City, Oklahoma 73173<br>Phone: 479.264.9988<br>cskelton@skeltonlaw.legal | Connor G. Sheehan<br>Dunn Sheehan LLP<br>5910 N. Central Expy. Suite 1310<br>Dallas, Texas 75206<br>Phone: 214.855.0077<br>csheehan@dunnsheehan.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *9/24/25*

**TAMMY H. DOWNS**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Civil Action No. **4:25-CV-00999-LPR**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **MERCK & CO, INC.**
**was received by me on  September 29, 2025**

☐ I personally served the  on the individual at   on


☐ I left the  at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the **Summons** at **124 West Capitol Avenue, Suite 1900, Little Rock, CA 72201,** to **CT Corporation System, Authorized Agent for Service of Process by serving Karen Price, Intake Specialist**, who is designated by law to accept service of process on behalf of  **MERCK & CO, INC.**  on   **October 1, 2025** at **12:57 PM**

☐ other  *(specify):*


*My fees are $ for travel and $  for services, for a total of*  **$ 327.00.**


*I declare under penalty of perjury that this information is true.*


*Date:* **10/10/2025**

_____
*Server's signature*


**Danielle Carroll**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*


Additional information regarding attempted service, etc.:


In addition to the Summons, the following document, "COMPLAINT" was also served.

A0440-2499287